**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

&ast;    **IN THE**

&ast;    **COURT OF APPEALS**

&ast;    **OF MARYLAND**

**v.**

&ast;    **Misc. Docket AG No. 19**

**TIMOTHY GUY SMITH**

&ast;    **September Term, 2021**

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Timothy Guy Smith, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rules 1.15(a) (safekeeping property) and 8.4(d) (misconduct) of the Maryland Lawyers' Rules of Professional Conduct, it is this 10th day of August 2021;

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Timothy Guy Smith, be, and he hereby is, disbarred from the practice of law in the State of Maryland, effective immediately; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Timothy Guy Smith from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk